The defendants' application for rehearing prompts the following observation regarding our opinion in this case: Counties are amenable to suit in tort under Code of Alabama, 1975, § 11-1-2. Because counties, as bodies corporate, act through their governing bodies, the county commissioners, those commissioners likewise are subject to suit in tort, not in their individual capacities but only in their official capacities. The defense of governmental immunity is no longer available in such suits. Cf. Hudson v. Coffee County, 294 Ala. 713, 321 So.2d 191 (1975).
This order on rehearing applies only to 78-623, Cook v.County of St. Clair. There was no application for rehearing filed in 78-776, Bradshaw v. Houston County.
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
MADDOX, FAULKNER, JONES, ALMON, SHORES and BEATTY, JJ., concur.
TORBERT, C.J., dissents.
BLOODWORTH and EMBRY, JJ., not sitting.